IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SCOTT THOMASON                                                                                              PLAINTIFF

V.                                        NO.  12-4155

STEVE RANDALL,
WARREN HANSON,
STEVE FALER,
SWS ENGRAVING, LLC., and
AMERICAN LEGACY FIREARMS, INC.                                                      DEFENDANTS

O R D E R

Before the court is the Plaintiff's Motion for Sanctions (ECF No. 26) filed April 28, 2014 and the matter was set for a hearing on July 15, 2014.  The court has been informed that the parties have resolved the issue and request that the hearing be cancelled.

The Plaintiff's Motion for Sanctions (ECF No. 26) is **DENIED** as **MOOT** and the hearing set for July 15, 2015 is cancelled.

IT IS SO ORDERED this July 11, 2014.

/s/ J. Marschewski
HONORABLE JAMES R. MARSCHEWSKI
Chief United States Magistrate Judge

+