IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SCOTT THOMASON                                                                                      PLAINTIFF

V.                                          NO. 4:12-CV-4155

STEVE RANDALL,
WARREN HANSON,
STEVE FALER,
SWS ENGRAVING, LLC., and
AMERICAN LEGACY FIREARMS, INC.                                                DEFENDANTS

# ORDER

Before the Court is Defendants' Motion to File an Exhibit Under Seal.  (ECF No. 41). Plaintiff has responded.  (ECF No. 45).  Defendants have replied.  (ECF No. 66).  Defendants seek to file under seal Exhibit Number 16 to their Motion for Summary Judgment.  (ECF No. 43).  The exhibit is a license agreement between the National Rifle Association and American Legacy Firearms, Inc. ("ALF") concerning the 1911 Anniversary Pistols.  The agreement includes a confidentiality clause that prohibits ALF from disclosing the terms and conditions of the agreement.  Defendants have provided Plaintiff with a copy of the agreement and do not object to the agreement being used and published at trial.  Upon consideration, the Court finds that Defendants' Motion to File an Exhibit Under Seal should be and hereby is **GRANTED.** The Clerk is directed to file Exhibit Number 16 accompanying Defendants' Motion for Summary Judgment with restrictions to applicable parties and court users only.

**IT IS SO ORDERED**, this 29th day of October, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge