IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SCOTT THOMASON                                                                                          PLAINTIFF

V.                                              NO. 4:12-CV-4155

STEVE RANDALL,
WARREN HANSON,
STEVE FALER,
SWS ENGRAVING, LLC, and
AMERICAN LEGACY FIREARMS, INC.                                                             DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion for Reconsideration. (ECF No. 83). Plaintiff seeks reconsideration of Plaintiff's deadline for filing a response in this Court's Order Granting Defendants Leave to File a Motion for Summary Judgment Based on Plaintiff's Second Amended Complaint. (ECF No. 82). Upon consideration, the Court finds that this motion should be and hereby is **GRANTED.**

The Defendants' deadline for filing their Motion for Summary Judgment is unchanged. Plaintiff has up to, and including, December 8, 2014 to respond. Defendants have up to, and including, December 11, 2014 to reply.

**IT IS SO ORDERED**, this 13th day of November, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge