IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SCOTT THOMASON                                                                                              PLAINTIFF

V.                                              NO. 4:12-CV-4155

STEVE RANDALL,
WARREN HANSON,
STEVE FALER,
SWS ENGRAVING, L.L.C, and
AMERICAN LEGACY FIREARMS, INC.                                                        DEFENDANTS

## ORDER

Before the Court are Defendants' Motions for Summary Judgment. (ECF Nos. 43 & 89). Defendants move to dismiss all claims against them contending that Scott Thomason lacks standing to bring these claims in his individual capacity, there was no contract between the parties, and if there was a contract, the Defendants did not breach the agreement. Plaintiff has responded. (ECF Nos. 52 & 95). Defendants have replied. (ECF No. 72). Plaintiff has filed a Sur-Reply. (ECF No. 73). The Court finds this matter ripe for consideration.

For the reasons set forth in the Memorandum Opinion, the Court finds that Defendants' Motions for Summary Judgment (ECF Nos. 43 & 89) should be and hereby are **GRANTED IN PART** and **DENIED IN PART**. Thomason's implied contract, promissory estoppel, and fraud claims remain. His breach of contract, piercing the corporate veil, interference with contractual relationship or business expectancy, civil conspiracy, and unjust enrichment claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 21st day of January, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge